IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-40734
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JACQUELINE MARTIN,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 1:94-CR-140-1
- - - - - - - - - -

May 8, 1996

Before DAVIS, BARKSDALE, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

Jacqueline Martin appeals her jury conviction for interstate transportation of stolen securities and uttering forged securities. She argues that the district court erred in denying her motion to suppress statements made without the presence of her attorney, who represented her on charged state offenses, during an interview by federal agents concerning uncharged federal offenses because the state and federal offenses were

_____

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

inextricably intertwined.  We have reviewed the record and find no reversible error.  For essentially the reasons given by the district court, there was no error in the denial of the motion to suppress Martin's statements.  <u>United States v. Martin</u>, No. 1:94-CR-140-1 (E.D. Tex. June 6, 1995).

AFFIRMED.